# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 26, 2007

132705

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

                               SC: 132705
                               COA: 271256
                               Washtenaw CC: 04-000969-FC

TIMOTHY BALDWIN,
       Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the October 31, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 26, 2007

_____
Clerk

s0319